# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2919
Lower Tribunal No. 2001031912

_____

TIMOTHY BRYAN HANDLEY,

Appellant,

v.

DEPARTMENT OF REVENUE and SHERRI LAFORSTE BANNISTER,

Appellees.

_____

Appeal from the Department of Revenue.

August 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.


Nicole Benjamin, of Benjamin Law Firm, P.A., Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee.

No Appearance for Appellee, Sherri LaForste Bannister.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED